17 A.3d 923

**In re Nomination Petition of Troy BRENNAN as a Democratic Candidate for Bristol Township Council.**

**Objection of Charles Clayton.**

**Appeal of Charles Clayton.**

Supreme Court of Pennsylvania.

April 27, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April, 2011, the order of the Court of Common Pleas is AFFIRMED.